IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSEPH PICHON, JR.                                                                                    PLAINTIFF

    v.                                         CIVIL NO. 09-5011

MICHAEL J. ASTRUE, Commissioner                                                          DEFENDANT

### O R D E R

On this 11th day of May, 2010, the Court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on February 26, 2010, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards Plaintiff attorney's fees in the amount of $2,850.95, representing 16.75 hours of work at a rate of $167.00 and $53.70 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits Plaintiff may be awarded in the future.

    IT IS SO ORDERED.

                                                        /s/ Jimm Larry Hendren
                                                  HON. JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE